

# Fourth Court of Appeals
## San Antonio, Texas

December 21, 2016

No. 04-16-00699-CR

**IN RE** Albert **NICOLAS**,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B93-6 and B93-7
Honorable Rex Emerson, Judge Presiding

## O R D E R

Sitting:     Marialyn Barnard, Justice
           Patricia O. Alvarez, Justice
           Luz Elena D. Chapa, Justice

The panel has considered the Relator's Motion for Rehearing, and the motion is DENIED.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of December, 2016.

_____
Keith E. Hottle
Clerk of Court